```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA

                    Alexandria Division

SATYA AKULA,                    )
                                )
    Plaintiff,                  )
                                )
                                )
       v.                       )    1:08cv421 (JCC)
                                )
                                )
AIRBEE WIRELESS, INC. et al,    )
                                )
    Defendants.                 )
```

**O R D E R**

Upon consideration of the October 14, 2008 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter and the March 3, 2009 Supplemental Report and Recommendation, no objection having been filed within ten days, and upon an independent review of the record, it is hereby ORDERED that:

(1) the Court adopts the findings of fact and accepts the recommendations of the United States Magistrate Judge;

(2) judgment is entered in favor of the plaintiff and against the defendants Satya Akula and Airbee Wireless, Inc., jointly and severally, in the amount of $132,310.47;

(4) the Clerk shall forward copies of this Order to all counsel of record and to the defendants, *pro se*.

April 30, 2009                    _____/s/_____
Alexandria, Virginia                   James C. Cacheris
                              UNITED STATES DISTRICT COURT JUDGE